# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Pamela Lynn Bravebull, | ) | Case No. 1:16-cr-186 |
| Defendant. | ) | |

Before the court is a "Motion for Alternative Placement" filed by defendant on December 16, 2016. Defendant was ordered detained pending trial. She is being held at the Heart of America Correctional and Treatment Center ("HACTC") in Rugby, North Dakota. Averring that she has been subjected to harassment and discrimination by HACTC staff, she requests to be moved to a different facility.

The court has no control over where defendant is held pending trial. Consequently, defendant's motion (Docket No. 45) is **DENIED**. The court shall share defendant's concerns with the United State Marshal.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court